# COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 18, 2025

## NO. 03-23-00415-CV

**Subaru of America, Inc., Appellant**

**v.**

**Board of the Texas Department of Motor Vehicles; Daniel Avitia, in his Official Capacity as Executive Director of the Texas Department of Motor Vehicles; and McAllen Jeep, Inc. d/b/a Bert Ogden Subaru, Appellees**

**DIRECT APPEAL FROM THE MOTOR VEHICLE BOARD
OF THE TEXAS DEPARTMENT OF MOTOR VEHICLES
BEFORE CHIEF JUSTICE BYRNE, JUSTICES THEOFANIS, AND ELLIS
AFFIRMED -- OPINION BY JUSTICE ELLIS**

This is an appeal from the final order signed by the Board of the Texas Department of Motor Vehicles on April 19, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the Board's final order. Therefore, the Court affirms the Board's final order. The appellant shall pay all costs relating to this appeal.